# EXHIBIT "J" COMPOSITE

*Before the:*

**WORLD INTELLECTUAL PROPERTY ORGANIZATION
ARBITRATION AND MEDIATION CENTER**

| | |
|---|---|
| *Rush H. Limbaugh III Estate, David E. Bowers Personal Representative* | **Case No:** FA2302002030562 |
| **(Complainant)** | |
| -v- | **Disputed Domain Name:** |
| *THE RUSH LEGACY INC. on behalf of Schaefer, Scott/smschaef llc 8 Wind Ridge Drive North Caldwell, New Jersey 70006* | EIBLegacy.com |
| **(Respondent)** | |

**RESPONSE**
(Rules, Paragraph 5)

**I.  Introduction**

1.  On February 8, 2023, the Respondent received a Notification of Complaint and Commencement of Administrative Proceeding from the WIPO Arbitration and Mediation Center (the **Center**) by email *[and/or the Written Notice by courier/facsimile on (date)]* informing the Respondent that an administrative proceeding had been commenced by the Complainant in accordance with the Uniform Domain Name Dispute Resolution Policy (the **Policy**), approved by the Internet Corporation for Assigned Names and Numbers (**ICANN**) on October 24, 1999, the Rules for Uniform Domain Name Dispute Resolution Policy (the **Rules**) approved by ICANN on September 28, 2013, and in effect as of July 31, 2015, and the WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy (the **Supplemental Rules**).  The Center set February 28, 2023 as the last day for the submission of a Response by the Respondent.

**II.  Respondent's Contact Details**
(Rules, Paragraphs 5(c)(ii) and (iii))

2.  The Respondent's contact details are:

    Name:     **The Rush Legacy, Inc. (Successor to Scott Schaefer)**

    Address:   **8 Wind Ridge Drive; North Caldwell, New Jersey 07006**

    Telephone: **973-454-4239**

Fax:       **973-771-5319**

Email:     **info@eiblegacy.com**

The Domain name in dispute was beneficially assigned to The Rush Legacy Inc. in March 2021 when Scott Schaefer was one of the founders of this Delaware corporation making it his successor and in compliance with Policy 8(a), The Rush Legacy Inc agrees to be bound by the decision of the arbitration Panel. The following individual was named in the Complaint who had previously beneficially assigned his interests in the disputed domain name to The Rush Legacy Inc. The domain has not been transferred into the name of Respondent pending the outcome of this matter.

Name:     Scott Schaefer

Address:   16623 State Highway 97; Hancock, New York 13738

Telephone: 607-330-1577

Fax:

Email:     smschaef@mac.com

3.    The Respondent's authorized representative in this administrative proceeding is:

Name:     **Law Firm of Stanley Underwood North III LLC**

Address:   **8 Wind Ridge Drive; North Caldwell, New Jersey 07006**

Telephone: **973-454-4239**

Fax:       **973-771-5319**

Email:     **snorth3@yahoo.com**

4.    The Respondent's preferred method of communications directed to the Respondent in this administrative proceeding is:

Electronic-only material

Method:   email

Address:   **snorth3@yahoo.com**

Contact:   **Stanley U. North, III**

Material including hardcopy (where applicable)

Method:   **Courier**

Address:   **8 Wind Ridge Drive; North Caldwell, New Jersey 07006**

Fax:       **973-771-5319**

Contact:   **Stanley U. North, III**

5.      **III.  Response to Statements and Allegations Made in Complaint**
(Policy, Paragraphs 4(a), (b), (c); Rules, Paragraph 5(c)(i))

This  Section III., does not exceed the 5000 word limit:  Supplemental Rules,

Paragraph 11(b).  Relevant documentation in support of the Response are

submitted as Annexes with a schedule indexing such documents.

**Background:**

The basis of Complaint's claim is that the use of the domain name"EIB.Legacy.com"
confuses the public into the belief that Rush Limbaugh is speaking to them, that there
is no legitimate basis for Respondent's use of the domain name and that the filing of
the domain name was done in bad faith. Complainant is the successor to the trademark
EIB Excellence in Broadcasting Network for class 041 entertainment services; namely
radio programing services, the application for which was filed on April 30, 1990. The
Complainant is also the successor to the trademark "EIB" was filed on June 6, 2014.
The Panel should understand that in 1990,  2014 and today ,the public understood and
understands that the mark "EIB" stood for Excellence in Broadcasting over the radio
and radio programing in classes 038 and 041. By seeking to acquire Respondent's
domain EIBLegacy  being used in classes 009 [NFTs reflecting American
conservative values];, 035 [NFT online marketplace], 036 [charitable foundation
services] and 045 [on line social networking services via a website] , Complainant is
seeking to have this Panel expand its EIB radio broadcasting and programming
services trademark registration to encompass wholly new lines of business in which
Complainant has not demonstrated it operates within. Further, as of Rush Limbaugh's
lamented death reported on February 17, 2021, Complainant has not subsequently
engaged in radio broadcasting and programing and in its Complaint Complainant has
not provided an undertaking to reinstate such radio broadcasting and programing
required to maintain and renew its EIB mark much less undertake that it plans to
operate an online social networking service with a website; create or market NFTs or
engage in charitable foundation services such that Respondent's activities would
conflict.      .

Complainant has provided the Panel a misleading characterization Scott Schaefer
(hereafter "Scott") in Complainant's attempt to establish bad faith. Paragraph 7 (c) of
its Complaint states  "It is further believed, by virtue of emails sent by "EIBLegacy"
and directing recipients to the subject domain, that Respondent is misappropriating
knowledge, insight and trade secret information obtained by virtue of further
employment and association with Mr. Limbaugh and the Rush Limbaugh Radio Show
in bad faith". As Complainant well knows, Scott  is an IT consultant with 35 years
experience  and as an independent contractor personally served Rush Limbaugh's
studio and home office from 1993 to Rush's death in February 2021 and seven
months thereafter servicing Complainant itself. During this entire 28 year period, Scott
increased his commitment from merely part time to  about 60% of his time each year
after 2002 working directly with Rush personally,  his studio staff and home base staff,
being available on a 24 hour/7 day basis whenever needed.  A measure of the value in
which Scott was held by Rush Limbaugh is that as a Form 1099 independent
contractor, Scott was paid $100,000 per year and a holiday bonus for over the last
[ten] years of this engagement by RH Trust, Rush Limbaugh's operating company
from 2010 to his death in February 2021.During this same period Scott was servicing
iHeart Radio in its support of Rush Limbaugh's studio also as an independent
contractor for which iHeart Radio paid Scott about $6,000 per month plus
reimbursement of equipment expenses.

While serving as a Form 1099 independent contractor to Rush Limbaugh, his operating company and iHeartRadio over this 28 year period, Scott was never asked to enter into a consulting agreement or sign a non disclosure agreement or be bound by any restrictive covenants. Scott was not asked to enter into and was not bound by any "work for hire" obligations and consequently, any original content created by Scott was owned by Scott.

Complainant counsel omits from its complaint the origin of EIB as a domain name and subsequent registration as a trademark thereby withholding relevant history from the Panel's evaluation . Under Rule 3(c), the Complaint may relate to more than one domain names, provided that the domain names are registered by the same domain-name holder. Although given the opportunity by this Rule, the Complainant fails to recite Respondent's ownership of the domain names EIBnet.com and EIBnet.us. This omission should be considered by the Panel in its decision.

The facts are that in 1997, 17 years before Complainant's filing of the mark "EIB" in classes 038 and 041 for radio broadcasting and programing services, Rush was using CompuServe for his primary email communications and for internal communications and Rush was not satisfied with how that operated. He voiced his dissatisfaction to Scott. In response, Scott offered Rush the use of Scott's consulting company's network "techknowsphere.com" and transferred Rush's email on to that domain name. When Rush's email volume became too great, Scott suggested that he could provide Rush a standalone internet domain name and hardware server.  Scott researched potential conflicts with the word "EIB", the short hand abbreviation that Rush used for Excellence in Broadcasting for his class 038 and 041 radio broadcasting and programming services.  Scott found  that European International Bank had registered the BEI-EIB trademark in classes 038 and 041 among others and had registered the domain EIB.com. Accordingly, on June 21, 1997 and August 17, 2016, Scott in the name of his consulting company filed for and was granted the domain names of first EIBnet.com and then EIBnet.us. From those dates  to the present, Rush personally until his death and his operating company RH Trust used EIBnet.com as an  internal email domain  and webmail for Rush's studio staff. Later in August 2016, Rush used eibnet.us as the domain underlying a separate email network which he gave out to callers to his radio show to contact him. For the next 24 years up to his death and for seven months after his death the Complainant continued to rely on Scott to maintain the Complainant 's email network and the underlying domain for EIBnet.com and EIBnet.us, both of which continued to be owned by Scott. Based on his ownership of EIBnet.com and EIBnet.us, Scott registered the disputed variation EIBlegacy.com on March 2, 2022 over a year after the death of Rush Limbaugh and created an online social network website with the mission of becoming a spring board for commenting on future political and social events based on the legacy of Rush's insights. This Complaint could be viewed as Complainant seeking to improperly deny or limit Respondent's First Amendment rights to make these comparisons.

Contrary to the Complainant's depiction of Scott as "misappropriating knowledge, insight and trade secret information obtained by virtue of the former employment and association with Mr. Limbaugh and the Rush Limbaugh Radio Show in bad faith", the predecessor domain names EIBnet.com and EIBnet.us and the disputed EIBlegacy.com were created by Scott and were never owned by Complainant. There is no bad faith in using one's own domain names outside of the defined scope of business of the registered trade name "EIB" owned by another, in this case the Complainant.  Our trademark system is built on this premise which is why the EIB mark owned by PEER Intellectual Property Inc. in class 009 computer software and

Class 041 computer services [Annex 1] and Complainant's EIB mark in class 038 and 041 can coexist. Domain names do add a further layer of complexity on top of trademark law. European International Bank's ownership of the BEI EIB mark in classes 038 and 041 for banking services is not deemed to conflict with Complainant's EIB trademark for classes 038 and 041 for radio broadcasting and programming services. As discussed later, the domain names that are actually owned by Complainant in the conduct of all of its business are not mentioned in the Complaint. These domain names are rushlimbaugh.com and originalrushlimbaugh.com

The Panel should consider that without using any "eib" style domain name in its business, Complainant is seeking to use  this Panel's arbitration process to avoid seeking recovery of the eiblegacy.com domain name through initiating litigation and thereby avoids confronting Respondents arguments in that forum that the remedy sought should be barred among other arguments as to title and  by laches, the legal doctrine that an unreasonable delay in seeking a remedy for a legal right or claim will prevent it from being enforced or allowed if the delay has prejudiced the opposing party.

A further refutation of bad faith is shown by Scott continuing to look out for the Complainant's interests after August 2021. Rush's studio email network was updated in 2016 when Rush's operating company purchased Cisco equipment which was integrated by Scott and operated pursuant to a Cisco license in the name of the RH Trust, Rush's operating company which had a 5 year term. Scott was the primary administrator of this Cisco license.  After Rush's death, additional administrators were named to the Cisco license but failed to appreciate that the Cisco license expiration in August 2021 would shut down the Estate's internal network and internet access. Scott brought this to the attention of the Complainant  and the Cisco license was renewed by the Estate for one year through March 2023. Subsequently, Cisco has again sent cascading 90 day, 60 day and then 30 day notices of the Cisco license pending expiration to the Complainant's administrators. Again on February 20, 2023 , Scott reminded the Complainant via email to Eddie Robledo that Cisco license expiration would shut down the Estate's internal network and internet access..

On March 12, 2021 Scott was one of the founders in the pre incorporation activities of The Rush Legacy, Inc., a to be filed Delaware corporation, the Respondent in this matter.

In February 2022 on behalf of Respondent, Scott registered  the name of EIBLegacy on the internet platforms Twitter, Social Truth, Gab, Gettr and Parler and registered the domain name EIBLegacy on Network Solutions on March 23, 2022.  He expanded Respondent's  use of EIBLegacy on to three more internet platforms, namely Telegram on September 2022; Minds on November 27, 2022; Substack on November 27, 2022.   Commencing February 2022, Scott on behalf of Respondent, would post on each internet website platform as they became available the same "Quote-of -the-Day" consisting of a fair use 20 to 200 word quote extracted from one of Rush Limbaugh's three hour radio broadcasts that Respondent believed was relevant to a recent current event. Respondent has not registered itself on Facebook in any manner.

In contrast Complainant has no domain name using the work "eib" or any of its variations but instead to the extent that Complainant extends its business outside of radio broadcasting and programing, it has a significant presence on Facebook under the names rushlimbaugh and original rushlimbaugh with a reported 2.2 million followers. Complainant fails to observe but Respondent will point out that

eiblegacy.com is not identical or confusingly similar to either of the Facebook names rushlimbaugh and/or original rushlimbaugh.

On January 12, 2023 Respondent arranged for its certificate of incorporation to filed with the Delaware Secretary of State and  announced on all these platforms that the www.EIBLegacy.com website was active.  The website contained the following Mission Statement which has remained unchanged since inception :

"Welcome to EIBLegacy, your home of the wit and wisdom of the late Rush Limbaugh. If like us, you listened to and loved Rush, both as a person and as a commentator, this is the place for you. Rush was an unsurpassed voice in conservative circles and his intellect and wisdom underlie much of the modern conservative movement. EIBLegacy seeks to keep the influence of the man behind the golden EIB microphone alive. If you were a fan of Rush, or of conservative media in general, EIBLegacy has something for you. The mission of EIBLegacy is multifaceted. Primarily it involves honoring the late El Rushbo and keeping his conservative influence alive in the ranks of the right. EIBLegacy intends to represent Rush and his ideals in the public sphere. While no one can replace Rush, EIBLegacy strives to continue to use the host's ideas to influence the culture towards a more conservative worldview and further conservative ideas throughout the United States.
This goal will be accomplished using Rush's own words as springboards to discuss current issues in United States politics. Written by several conservative authors who valued Rush as a source for their own thinking, these articles will follow Rush's habit of pulling no punches when dealing with either the left or right. The second goal of EIBLegacy is to provide like-minded conservatives with a community where they can interact with each other, and with people who knew the mind behind the microphone. As the EIBLegacy community grows, we will be offering interactions with people who worked with Rush, articles by members of the production team, as well as other related media, and much more. Much of this content can be found nowhere else. For those who loved and revered Rush as we did, this is the ultimate memorial for the great host. If you want to be part of this memorial for the greatest mind in conservative talk radio, then you can join us on our Substack https://eiblegacy.substack.com and follow us @EIBLegacy on Twitter, Truth, Gettr, Gab, Minds or Telegram. We look forward to interacting with all those who loved and valued Rush just as we did then and do now."

Contrary to Complainant's assertion that "Complainant has the exclusive rights to promote the name and likeness of the late Rush H. Limbaugh, III", Respondent asserts that Rush Limbaugh is a public figure and his conservative views are widely discussed in a variety the public forums The website provides a picture of Rush Limbaugh obtained from a YouTube page that has no copyright or trademark citations or limitations.

The website provided a subscription click button where visitors could opt to become a subscriber and obtain access behind the "pay wall"  to the ongoing "springboard" articles discussing political and social events. A free subscription provides limited access to the website, whereas  a $5 per month, or $40 per year or $99 one year 'founder' subscription provides unlimited access to the website behind the paywall. These subscription fees are budgeted to simply pay for the internet fees, registrations and author honorariums incurred in operating the website and are not expected to be a source of commercial gain.

On January 24, 2023, the law firm representing the Complainant sent an email to the operators of EIB Legacy.com raising the concern that the "website tends to portray a

false affiliation between your website and the Estate of Rush H. Limbaugh and casts the false appearance that the Estate approves and endorses your activities when in fact it does not. The name you have chosen for the website along with the URL domain name, "EIB Legacy" is a violation of the Estate's registered trademark for the mark EIB"."

On January 26, 2023, the law firm representing the Complainant called Scott and left a voice mail stating that the use of EIBLegacy was confusing the public to believe the website was sponsored by Rush Limbaugh and asking Scott to call them back.

The next day, as an indication of good faith, the EIBLegacy website added the following phrase.

"EIBLegacy, EIBLegacy.com and its affiliates as stated in our introduction is a group of people who worked for and appreciated all that Rush brought to the world in his time with us. We are not affiliated with iHeartMedia or the Rush Limbaugh Estate."

Respondent Counsel returned the Estate counsel's calls during that weekend and on the voice mail recording identified himself as counsel for Scott and left his name, telephone number and email address.

On February 3, 2023, the law firm representing the Complainant filed its Complaint in this matter, such Complaint not identifying Respondent's counsel. thereby delaying counsel's receipt of the Complaint .

On February 8, 2023, the Complaint was delivered to Scott and it was realized that another concern of Complainant not raised in Complaint's email or voice mail was that the microphone image used in Respondent's daily Quote of the Day embedded in the online social network on its EIBlegacy.com website was arguably misappropriating Complainant's unregistered "golden EIB microphone" image trademark.

On February 10, 2023, Respondent modified its microphone image on its website to replace the mark EIB on the microphone with the phrase:

"We do not have Rush's talent on loan from god, just the words he left behind to guide us. "

Respondent believes that Complainant, in seeking to support its theory that Respondent has no rights or legitimate interests in eiblegacy.com, caused Complainant Representative on February 23, 2023, to file trademark application Serial 9780901 for the mark comprising of a previously unregistered golden microphone image with the previously registered phrase "EIB EXCELLENCE IN BROADCASTING NETWORK" in classes 038 and 041 but now adding "internet" and "online museum and legacy services…" to describe its business: See Annex 2 . Respondent believes that this is confirming evidence that the registered trademark relied upon in the Complaint and set forth in Annex 1 thereto, namely, EIB Serial 4722584 for classes 038 and 041 for radio broadcasting and programing services on its face does not extend to "internet" and " online museum and legacy services". The Panel should conclude that the registered trademark upon which th Complaint is based does not extend to the services being provided by Respondent under the eiblegacy.com domain name.

On February 25 and 26, 2023, the Respondent filed its following trademark applications with the USPTO reflecting the goods and services being provided by Respondent and to demonstrate that Respondent is not engaged in class 038 and 041 activities protected by Complainant's mark "EIB" :

| Trademark | Goods and Services | Annex |
|---|---|---|
| EIBLEGACY Serial 97812059 filed Feb 25 2023; Date of first use March 6, 2022 | IC 045 online social networking services in the field of political and social commentary provided via a website | 3 |
| EIB Legacy NFT COLLECTION Serial 97812103 filed Feb 25 2023; Date of first use Jan 12, 2023 | IC 009 Downloadable multimedia file containing artwork, text, audio and video, relating to one or more of caricatures, cartoons, parodies symbols, images or slogans associated with American conservative values authenticated by non-fungible tokens (NFTs); | 4 |
| EIB Legacy NFT COLLECTION Serial 97812103 filed Feb 25 2023; Date of first use Jan 12, 2023 | IC 035.Provision of an online marketplace for buyers and sellers of downloadable digital caricatures, cartoons, parodies, symbols, images or slogans associated with American conservative values  authenticated by non-fungible tokens (NFTs) | 4 |
| EIBLEGACY Serial 97812129 filed Feb 26 2023; Date of first use Feb 6, 2023 | IC 036 Charitable foundation services, namely, providing fundraising activities, funding, scholarships and/or financial assistance for designated causes that were important to and actively supported by Rush Limbaugh or are reasonable believed  to be deemed worthy of support by Rush Limbaugh if he were alive today | 5 |

On February 28, 2023, Respondent counsel asked for a further four day extension in responding to the Complaint which was accepted and a new response date of March 6, 2023 established.

6.    The Respondent hereby responds to the statements and allegations in the Complaint and respectfully requests the Administrative Panel to deny the remedies requested by the Complainant.

A.    **Whether the domain name is identical or confusingly similar to a trademark or service mark in which the Complainant has rights;**

Respondent's Domain name eiblegacy.com may be considered identical to Complainant trademark EIB but as discussed in the Background, Complainant claims the use of the registered mark EIB for radio broadcasting and programing in classes 038 and 041. Rush Limbaugh's last radio broadcast was on February 2, 2021 and his death reported on February 17, 2021.  The Panel should take into consideration that

the mark will lapse in these classes unless the Complainant again commits to and actually reinitiates radio broadcasting, which commitment Complainant has not provided in its Complaint. Further, Respondent domain name EIBLegacy.com is used for the distinctly different services in classes 45, 036, 009 and 035 for online social networking in the field of political and social commentary , charitable foundation services, NFTs and a marketplace for NFTs. Finally, in good faith Respondent has disclaimed any confusion or similarities on its website.

If Complainant has acquired distinctiveness outside of Classes 038 and 041, that distinctiveness rests on the name Rush Limbaugh and certainly not the abbreviation EIB.

(Policy, Paragraph 4(a)(i))

As discussed in the Background, Complainant's mark EIB used in classes 038 and 041 radio broadcasting and programming has coexisted for the last 8 years without complaint with the mark EIB owned by PEER Intellectual Property Inc. in classes 009 and 042 for computer software and software development services [Annex 1]

As discussed in the Background, Complainant has not previously complained as to Respondent's domain names eibnet.com registered June 21, 1997 [Annex 6] and , eibnet.us registered August 16, 2016 [Annex 7]registered 26 and 6 years ago or the domain name eib.com registered June 7, 1997 by European International Bank [Annex 8]

**B.**     <u>**Whether the Respondent has rights or legitimate interests in respect of the domain name;**</u>

Respondent has rights and legitimate interests with respect to the domain name eiblegacy.com including its fair use of the Complainant's mark with the second word "Legacy", that that Respondent operates a social media outside of the business of Complainant (albeit honoring the same Rush Limbaugh), the Respondent's website constitutes a fan site with only incidental commercial activity without tarnishment of Rush Limbaugh, and is not a parked page with pay per click advertising.

(Policy, Paragraph 4(a)(ii))

As discussed in the Background, Respondent has legitimate rights going back 26 and 6 years to the domain names eibnet.com and eibnet.us and had been actively networking its Quote of the Day on eiblegacy.com since Feb 22, 2022, about 12 months prior to receipt of Complainant's voice mail alleging confusion. As discussed in the Background, Respondent is making a legitimate noncommercial and fair use of the

domain name, without intent for commercial gain or to misleadingly divert consumers or to tarnish Complainant 's  trademark at issue. Respondent volunteered placing, and in fact place a disclaimer on its website to avoid consumer confusion.   The Respondent having come forward with relevant evidence demonstrating rights and/or legitimate interests in the domain name, the burden of proof as to legitimacy is on Complainant.  Further, Respondent believes that Complainant  would be prevented by laches from seeking to divest Respondent of these domain names in a court of competent jurisdiction.

**C.** **Whether the domain name has been registered and is being used in bad faith.**

(Policy, Paragraph 4(a)(iii))

As discussed in Background, Respondent's domain names  "eibnet.com" and "eibnet.us" were created by and owned by Respondent at the request of Rush Limbaugh, Complainant's predecessor, all in furtherance of Complainant's business for an extended period of time and without violation of any non-compete or "work for hire" provisions of which there were none.  Without disclosing this history of the eibnet.com and eibnet.us domain names owned by Respondent, without disclosing that Complainant ceased its radio broadcasting and programing business on February 2, 2021 undermining the validity of its registered trademark "EIB", omitting that Complainant's domain names as to which it has anchored its business do not actually include an 'eibxxx' domain name at all but instead rely on rush.imbaugh.com and original rushlimbaugh.com, Complainant asks the Panel to adopt a presumption of bad faith on behalf of Respondent. See Complaint page 7 Section C first paragraph "Panels have consistently found that the mere registration of a domain name that is identical or confusingly similar to a famous or widely known trademark by an unaffiliated entity can by itself create a presumption of bad faith. Complainant shares the mere registration of the eiblegacy.com domain name by itself but has left out the history and context that rebuts the presumption leaving the burden of proof on the Complainant . Further, Complaint claims that it is in bad faith "to sell subscriptions to a newsletter and NFTs in violation of Complaint's exclusive rights" but the basis of such claim is a trademark EIB that by the terms of its scope is only that of radio broadcasting and programing without any reference to newsletter subscriptions and sale of NFTs.  Complainant also refers to the misappropriation of its "golden microphone" trademark without emphasizing

that such trademark is not registered and so its scope is undefined. Three weeks after filing the Complaint, Complainant Authorized Representative filed a trademark application for the "golden microphone image" with the mark EIB that also fails to claim any exclusive rights to newsletter subscription and sale of NFTs. [see Annex 2].  The Panel should consider as an expression of Respondent's good that on February 10, 2023, Respondent modified the microphone image on its website to replace the mark EIB on the microphone. Respondent has also  demonstrated its good faith by documenting the origin of the eibnet.xxx domain names, Respondents continuing good faith distribution of Complainant's book RADIO"S GREATEST of ALL TIME RUSH LIMBAUGH to its subscribers and its continued advisory support to the continuing operations of  Complainant's home studio internet network. Finally, Complainant suggests that the www.eiblegacy .com website implies "a false association, sponsorship, endorsement or approval from Mr. Limbaugh and/or Complainant"  when  the website maintains a disclaimer that includes the sentence "We are not affiliated with iHeartMedia or the Rush Limbaugh Estate." Further, Respondent has undertaken to augment this disclaimer in a manner determined by the Panel. With respect to reverse domain hijacking, Complainant has sought to expand the scope of its trademark EIB in classes 38 and 41 by (i) adding the phrase in this Complaint "and publishing works which promote the life and legacy of Mr. Limbaugh"  [Complaint Page 6 , first full paragraph, second line] which do not appear on the face of the trademark services; (ii) omitting from the Complaint Respondent's ownership of the underlying domain names eibnet.com and eibnet.us ; (iii) failing to disclose that Complainant no longer is engaged in radio broadcasting or an undertaking that it will reinitiate such services; (iv) filing after the Complaint its trademark application 978090021 [Annex 2] seeking to extend its class 038 and 041 services to include internet and online legacy services.  Pursuant to Rules, Paragraph 15(e), respondent seeks an affirmative determination from the Panel that with respect only to the disputed domain name and Complainant's EIB registered trademark [Annex 1 of Complaint],  that the domain name eiblegacy.com is not identical or confusingly similar.

D. Conclusion: Section 4(i) of the Policy provides that the remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of the Respondent's domain name or the transfer of Respondent's domain name registration to the complainant. In a demonstration of

good faith, the Respondent hereby offers to amend its current web page disclaimer to adopt further remedial actions as determined by the Panel.

In conclusion, it is important to keep in mind that the Policy was designed to prevent the extortionate behavior commonly known as cybersquatting. It cannot be used to litigate all disputes involving domain names. *The Thread.com, LLC v. Poploff,* WIPO Case No. D2000-1470 (WIPO Jan. 5, 2001). If Complainant wish to prevent the use of their marks by authorized consultants and agents in domain names, they should negotiate such protections through appropriate contractual language or, when permitted under the relevant law, seek recovery in classic trademark infringement or dilution litigations. In the absence, however, of some element of illegitimacy, Complainant should not be permitted to use the Policy to prevent uses that ICANN deemed to be legitimate, including the use of domain names in connection with the bona fide offering of goods and services.

The Panel may find that the present case appears to raise issues that go beyond the scope of the Policy. Such issues as passing off or disputes relating to trademark validity and/or infringement require a comprehensive examination of evidence, which is not afforded to UDRP panels in an administrative proceeding such as this. The Panel may note that these questions may be better addressed in a court of competent jurisdiction with greater inquisitorial powers to come to a determination as to the abovementioned questions. Based on the available record, the Panel should find that the Policy alone does not appear to be the appropriate instrument to resolve the Parties' dispute and dismiss this matter.

## IV.  RESERVED

## V.  Administrative Panel
(Rules, Paragraphs 5(c)(iv) and (c)(v) and Paragraph 6;  Supplemental Rules, Paragraph 7)

7.   The Respondent elects to have the dispute decided by a single-member Administrative Panel as the Complainant has asked for a single-member Administrative Panel and the Respondent agrees with that election.

## VI.  Other Legal Proceedings
(Rules, Paragraph 5(c)(vi))

8.     There are no legal proceedings that have been commenced or terminated in connection with or relating to an of the domain name(s) that are the subject of this Complaint, including previous UDRP cases involving one or more of the domain names at issue here; provided the Panel understands that the Parties have collectively filed four trademark applications after the date of the Complaint and each application will be subject to opposition proceedings by third parties potentially including the parties hereto as part of the USPTO evaluation.

## VII.  Communications
(Rules, paras. 2(b), 5(c)(vii);  Supplemental Rules, Paragraphs 3, 7, 12)

9.     A copy of this Response has been transmitted to the Complainant on March 6, 2023 in electronic form.

10.    This Response is submitted to the Center in electronic form, including any annexes, in the appropriate format.

VIII.  RESERVED

## IX.  Certification
(Rules, Paragraph 5(c)(viii), Supplemental Rules, Paragraph 15)

11.    The Respondent agrees that, except in respect of deliberate wrongdoing, an Administrative Panel, the World Intellectual Property Organization and the Center shall not be liable to a party, a concerned registrar or ICANN for any act or omission in connection with the administrative proceeding.

12.    The Respondent certifies that the information contained in this Response is to the best of the Respondent's knowledge complete and accurate, that this Response is not being presented for any improper purpose, such as to harass, and that the assertions in this Response are warranted under the Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully submitted,

/s/Stanley Underwood North, III

_____

Stanley Underwood North, III

Date: March 6, 2023

## X.  <u>List of Annexes</u>

[(Rules, Paragraph 5(c), Supplemental Rules, Paragraph 12, Annex E)

Annex 1: PEER Intellectual Property Inc. trademark registration 4935082 filed March 9, 2015 for the trademark EIB in classes 009 and 042 computer software and services for operating computer software

Annex 2: Complainant trademark application serial 97809021 filed February 23, 2023 for the trademark "[microphone image] EIB Excellence in Broadcasting Network" in classes 038 and 041 expanding the description of services by adding "internet" and " online museum and legacy services".

Annex 3: Respondent trademark application serial 97812059 filed February 25, 2023 for the trademark EIBLEGACY in class 045 for "online social networking services in the field of political and social commentary provided via a website"

Annex 4: : Respondent trademark application serial 97812129 filed February 26, 2023 for the trademark EIBLEGACY in class 036 for "charitable foundation services, namely, providing fundraising activities, funding, scholarships and/or financial assistance for designated causes that were important to and actively supported by Rush Limbaugh or are reasonable believed  to be deemed worthy of support by Rush Limbaugh if he were alive today ."

Annex 5: Respondent trademark application serial 97812103 filed February 25, 2023 for the trademark EIBLEGACYNFT COLLECTION in class 009 for downloadable multimedia file containing artwork, text, audio and video, relating to one or more of caricatures, cartoons, parodies symbols, images or slogans associated with American conservative values authenticated by non-fungible tokens (NFTs); and class 035 for provision of an online marketplace for buyers and sellers of downloadable digital caricatures, cartoons, parodies, symbols, images or slogans associated with American conservative values  authenticated by non-fungible tokens (NFTs).

Annex 6:  Respondent eibnet.com domain filed June 21, 1997

Annex 7: Respondent eibnet.us domain filed August 17, 2016.

Annex 8: European International Bank eib.com domain filed  June 7, 1997

*TESS was last updated on Wed Mar 1 03:47:22 EST 2023*

- - - -

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:  OR  Jump  to record:  **Record 7 out of 26**

### ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Word Mark** | **EIB** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used in semiconductor equipment manufacturing that facilitates equipment automation communications standards. FIRST USE: 20091207. FIRST USE IN COMMERCE: 20110525 |
| | IC 042. US 100 101. G & S: Services for operating computer software for semiconductor equipment communications, namely services for software development for interfacing, configuration, and integration with semiconductor equipment. FIRST USE: 20091207. FIRST USE IN COMMERCE: 20110525 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86557515 |
| **Filing Date** | March 9, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 26, 2016 |

| | |
|---|---|
| **Registration Number** | 4935082 |
| **Registration Date** | April 12, 2016 |
| **Owner** | (REGISTRANT) PEER Intellectual Property, Inc. CORPORATION CANADA 72 Victoria Street South Kitchener CANADA N2G4Y9 |
| **Attorney of Record** | Albert Penilla |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

- - - -

*TESS was last updated on Fri Mar 3 03:47:22 EST 2023*

-       -       -

| Logout |

Please logout when you are done to release system resources allocated for you.

| Start |  List At:  OR  | Jump |  to record:  **Record 2 out of 27**

[Golden Microphone Image with EIB]

---

**( Use the "Back" button of the Internet Browser to return to TESS)**

| | |
|---|---|
| **Word Mark** | **EIB** EXCELLENCE IN BROADCASTING NETWORK |
| **Goods and Services** | IC 038. US 100 101 104. G & S: Internet radio broadcasting services. FIRST USE: 20201014. FIRST USE IN COMMERCE: 20201014 |
| | IC 041. US 100 101 107. G & S: online museum and legacy services, namely, providing online exhibitions for educational, historical, and entertainment purposes in the field of current events, politics and government; Entertainment services, namely, providing podcasts and on-line videos in the field of current news events and politics. FIRST USE: 20201014. FIRST USE IN COMMERCE: 20201014 |
| **Mark Drawing Code** | (0) UNKNOWN |
| **Serial Number** | 97809021 |
| **Filing Date** | February 23, 2023 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Rush H. Limbaugh III Estate, David E. Bowers, Personal Representative David E. Bowers, Personal Representative, Citizen of United States ESTATE FLORIDA 505 South Flagler Drive, Suite 1100 West Palm Beach FLORIDA 33401 |
| **Attorney of Record** | Carl J Spagnuolo |
| **Description of Mark** | The color(s) black, white, gray, gold is/are claimed as a feature of the mark. The mark consists of a picture of a gold microphone set in a black microphone stand with a white microphone flag attached to the stand underneath the gold microphone with the black lettering "EIB" in large letters and underneath in smaller black letters are the words "EXCELLENCE IN BROADCASTING" Over a thin black horizontal |

line and beneath the thin line is the word "NETWORK" in small black lettering. On the right side of the white flag is three "EIB" black letters stacked vertically.

**Type of Mark**  SERVICE MARK
**Register**  PRINCIPAL
**Live/Dead Indicator**  LIVE

---

- - - -

*TESS was last updated on Fri Mar 3 03:47:22 EST 2023*

- - - -

| Logout | Please logout when you are done to release system resources allocated for you. |

| Start | List At:  OR  | Jump |  to record:  **Record 2 out of 27** |

---

*( Use the "Back" button of the Internet Browser to return to TESS)*

**Word Mark**  **EIB** EXCELLENCE IN BROADCASTING NETWORK
**Goods and Services**  IC 038. US 100 101 104. G & S: Internet radio broadcasting services. FIRST USE: 20201014. FIRST USE IN COMMERCE: 20201014

IC 041. US 100 101 107. G & S: online museum and legacy services, namely, providing online exhibitions for educational, historical, and entertainment purposes in the field of current events, politics and government; Entertainment services, namely, providing podcasts and on-line videos in the field of current news events and politics. FIRST USE: 20201014. FIRST USE IN COMMERCE: 20201014
**Mark Drawing Code**  (0) UNKNOWN
**Serial Number**  97809021
**Filing Date**  February 23, 2023

| | |
|---|---|
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Rush H. Limbaugh III Estate, David E. Bowers, Personal Representative David E. Bowers, Personal Representative, Citizen of United States ESTATE FLORIDA 505 South Flagler Drive, Suite 1100 West Palm Beach FLORIDA 33401 |
| **Attorney of Record** | Carl J Spagnuolo |
| **Description of Mark** | The color(s) black, white, gray, gold is/are claimed as a feature of the mark. The mark consists of a picture of a gold microphone set in a black microphone stand with a white microphone flag attached to the stand underneath the gold microphone with the black lettering "EIB" in large letters and underneath in smaller black letters are the words "EXCELLENCE IN BROADCASTING" Over a thin black horizontal line and beneath the thin line is the word "NETWORK" in small black lettering. On the right side of the white flag is three "EIB" black letters stacked vertically. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** EIBLEGACY (Standard Characters, mark.jpg)
The literal element of the mark consists of EIBLEGACY. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97812059'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8. Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.** You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register

**TEAS Plus Application**

**NOTE:** *Data fields with the* * *are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | EIBLEGACY |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EIBLEGACY |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | The Rush Legacy Inc. |
| ***MAILING ADDRESS** | 8 Wind Ridge Drive |
| ***CITY** | North Caldwell |
| ***STATE** <br> **(Required for U.S. applicants)** | New Jersey |
| ***COUNTRY/REGION/JURISDICTION/U. S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** <br> **(Required for U.S. and certain international addresses)** | 07006 |
| **PHONE** | 973-454-4239 |
| **FAX** | 973-771-5319 |
| ***EMAIL ADDRESS** | info@eiblegacy.com |
| **WEBSITE ADDRESS** | www.eiblegacy.com |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | CORPORATION |
| ***STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **OWNER DOMICILE ADDRESS(NEW)** | |
| ***ADDRESS** | 251 Little Falls Drive |

| | |
|---|---|
| **\*CITY** | Wilmington |
| **\*STATE**<br>**(Required for U.S. applicants)** | Delaware |
| **\*COUNTRY/REGION/JURISDICTION/U.**<br>**S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain**<br>**international addresses)** | 19808 |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 045 |
| **\*IDENTIFICATION** | Online social networking services in the field of **political and social commentary** provided via a website |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/06/2022 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/06/2022 |
| **SPECIMEN FILE NAME(S)** | SPE0-691226853-2023022520 3145548030_._EIBLegacy_S o cial_Presence_TM_Specimen |
| **SPECIMEN DESCRIPTION** | first page of www.eiblegacy.com |
| **WEBPAGE URL** | www.eiblegacy.com |
| **WEBPAGE DATE OF ACCESS** | 02/25/2023 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| **\*TRANSLATION**<br>(if applicable) | |
| **\*TRANSLITERATION**<br>(if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION**<br>(if applicable) | |
| **\*CONSENT (NAME/LIKENESS)**<br>(if applicable) | |
| **\*CONCURRENT USE CLAIM**<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| **NAME** | Stanley Underwood North III |
| **ATTORNEY DOCKET NUMBER** | Rush Legacy |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 02472-1988 |
| **YEAR OF ADMISSION** | 1980 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | New Jersey |

| | |
|---|---|
| **FIRM NAME** | Law Firm of Stanley Underwood North, III LLC |
| **STREET** | 8 Wind Ridge Drive |
| **CITY** | North Caldwell |
| **STATE** | New Jersey |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 07006 |
| **PHONE** | 973-454-4239 |
| **FAX** | 973-771-5319 |
| **EMAIL ADDRESS** | snorth3@yahoo.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Stanley Underwood North III |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | snorth3@yahoo.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Stanley Underwood North, III/ |
| **\* SIGNATORY'S NAME** | Stanley Underwood north, III |
| **\* SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 973-454-4239 |
| **\* DATE SIGNED** | 02/25/2023 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 97812059**
**Filing Date: 02/25/2023**

## To the Commissioner for Trademarks:

The applicant, The Rush Legacy Inc., a corporation of Delaware, having an address of
    8 Wind Ridge Drive
    North Caldwell, New Jersey 07006
    United States
    973-454-4239(phone)
    973-771-5319(fax)
    info@eiblegacy.com
The Rush Legacy Inc., having a domicile address of:

    251 Little Falls Drive
    Wilmington, Delaware 19808
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 045:  Online social networking services in the field of political and social commentary provided via a website

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 03/06/2022, and first used in commerce at least as early as 03/06/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) first page of www.eiblegacy.com. Specimen-1 [SPE0-691226853-2023022520 3145548030_._EIBLegacy_So cial_Presence_TM_Specimen.pdf ]

Webpage URL: www.eiblegacy.com
Webpage Date of Access: 02/25/2023

For informational purposes only, applicant's website address is: www.eiblegacy.com
The owner's/holder's proposed attorney information: Stanley Underwood North III. Stanley Underwood North III of Law Firm of Stanley Underwood North, III LLC, is a member of the New Jersey bar, admitted to the bar in 1980, bar membership no. 02472-1988, is located at
    8 Wind Ridge Drive
    North Caldwell, New Jersey 07006
    United States
    973-454-4239(phone)
    973-771-5319(fax)
    snorth3@yahoo.com
The docket/reference number is Rush Legacy.
Stanley Underwood North III submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
 The applicant's current Correspondence Information:

Stanley Underwood North III
PRIMARY EMAIL FOR CORRESPONDENCE: snorth3@yahoo.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

 **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stanley Underwood North, III/   Date: 02/25/2023
Signatory's Name: Stanley Underwood north, III
Signatory's Position: Attorney of record
Signatory's Phone Number: 973-454-4239
Signature method: Signed directly within the form

---

Thank you,

The TEAS support team
Sat Feb 25 21:47:48 ET 2023
STAMP: USPTO/FTK-69.122.68.53-20230225214748590641-97812059-
860391bc4d155113f2cb3a09aafc373b1bcb831976a3224c91c44d9f4ad9371bf9-CC-47477800-20230225203145548030

# Filing Receipt for Trademark/Service Mark Application for Registration
## on the Principal Register
## and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO). This filing receipt confirms your mark and serial number, describes next steps in the application process, and includes the information submitted in your application. Please read this receipt carefully and keep a copy for your records.

For an overview of important things to know after filing your application, visit our website to read the After You File page and watch video number 9 "After You File."

**1. Your mark.** EIBLEGACY (Standard Characters, mark.jpg)
The literal element of the mark consists of EIBLEGACY. The mark consists of standard characters, without claim to any particular font style, size, or color.

**2. Your serial number.** Your application was assigned serial number '97812129'. You must refer to your serial number in all communications about your application.

**3. What happens next—legal examination.** Your mark will not be registered automatically. Your application will be assigned to a USPTO examining attorney for review. See current trademark processing wait times for more information. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

**4. Keep your addresses current in USPTO records.**  We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

**5. Check your application status in our database every three to four months.**  To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

**6. Warning about private companies offering trademark-related services.**  Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

**7. Questions?**  Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

**8.  Application data.**  If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**9. Provide feedback.**  You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

**Stay current with Trademarks**
Stay up-to-date with changes in Trademarks that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters. Sign up to get Trademark Alert emails through our subscription center.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g. Trademark Alerts). Pick your areas of interest, then select the Submit button.

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register

**TEAS Plus Application**

**NOTE:** *Data fields with the* * *are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | EIBLEGACY |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | EIBLEGACY |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | The Rush Legacy, Inc. |
| **\*MAILING ADDRESS** | , 8 Wind Ridge Drive |
| **\*CITY** | North Caldwell |
| **\*STATE**<br>**(Required for U.S. applicants)** | New Jersey |
| **\*COUNTRY/REGION/JURISDICTION/U. S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 07006 |
| **PHONE** | 973-454-4239 |
| **FAX** | 973-771-5319 |
| **\*EMAIL ADDRESS** | info@eiblegacy.com |
| **WEBSITE ADDRESS** | www.eiblegacy.com |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDIC TION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **OWNER DOMICILE ADDRESS(NEW)** | |
| **\*ADDRESS** | 251 Little Falls Drive |

| *CITY | Wilmington |
|---|---|
| *STATE<br>(Required for U.S. applicants) | Delaware |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 19808 |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 036 |
| *IDENTIFICATION | Charitable foundation services, namely, providing fundraising activities, funding, scholarships and/or financial assistance for **designated causes that were important to and actively supported by Rush Limbaugh or are reasonably believed to be deemed worthy of support by Rush Limbaugh if he were alive today** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/06/2023 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/06/2023 |
| SPECIMEN FILE NAME(S) | SPE0-691226853-2023022523 4304871310_._egacy_Chari t able_foundation_services_ |
| SPECIMEN DESCRIPTION | Commitment of EIBLegacy.com to provide financial assistance to charities supported by Rush Limbaugh |
| WEBPAGE URL | www.eiblegacy.substack.com |
| WEBPAGE DATE OF ACCESS | 02/25/2023 |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| MISCELLANEOUS STATEMENT | The Trademark Owner has filed trademark applications for EIBLEGACY in class 045 under Serial 97812059 and for EIB Legacy NFT Collection for classes 009 and 035 under Serial 97812103 |
| MISCELLANEOUS FILE NAME(S) | MIS-691226853-20230225234 304871310_._egacy_Charit a ble_foundation_services_d |
| | MIS-1-691226853-202302252 34304871310_._egacy_Char i table_foundation_services |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Stanley Underwood North III |
| ATTORNEY DOCKET NUMBER | Rush Legacy |
| ATTORNEY BAR MEMBERSHIP NUMBER | 02472-1988 |
| YEAR OF ADMISSION | 1988 |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | New Jersey |
| FIRM NAME | Law Firm of Stanley Underwood North, III LLC |
| STREET | 8 Wind Ridge Drive |
| CITY | North Caldwell |
| STATE | New Jersey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 07006 |
| PHONE | 973-454-4239 |
| FAX | 973-771-5319 |
| EMAIL ADDRESS | snorth3@yahoo.com |
| CORRESPONDENCE INFORMATION | |
| NAME | Stanley Underwood North III |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | snorth3@yahoo.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | info@eiblegacy.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Stanley Underwood North III/ |
| * SIGNATORY'S NAME | Stanley Underwood North III |
| * SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 973-454-4239 |

| * DATE SIGNED | 02/26/2023 |
|---|---|
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97812129**
**Filing Date: 02/26/2023**

## To the Commissioner for Trademarks:

The applicant, The Rush Legacy, Inc., a corporation of Delaware, having an address of
, 8 Wind Ridge Drive
North Caldwell, New Jersey 07006
United States
973-454-4239(phone)
973-771-5319(fax)
info@eiblegacy.com
The Rush Legacy, Inc., having a domicile address of:

251 Little Falls Drive
Wilmington, Delaware 19808
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the
Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Charitable foundation services, namely, providing fundraising activities, funding, scholarships and/or
financial assistance for designated causes that were important to and actively supported by Rush Limbaugh or are
reasonably believed to be deemed worthy of support by Rush Limbaugh if he were alive today

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The
applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or
in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard
character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if
color is being claimed as a feature of the mark.

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee
predecessor in interest at least as early as 02/06/2023, and first used in commerce at least as early as 02/06/2023, and is
now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce
on or in connection with any item in the class of listed goods/services, consisting of a(n) Commitment of EIBLegacy.com to
provide financial assistance to charities supported by Rush Limbaugh.
Specimen-1 [SPE0-691226853-2023022523 4304871310_._egacy_Charit able_foundation_services_
downloaded_Feb_25__2023.pdf ]

Webpage URL: www.eiblegacy.substack.com
Webpage Date of Access: 02/25/2023

**Miscellaneous Statement**
The Trademark Owner has filed trademark applications for EIBLEGACY in class 045 under Serial 97812059 and for EIB
Legacy NFT Collection for classes 009 and 035 under Serial 97812103
Miscellaneous File1 [MIS-691226853-20230225234 304871310_._egacy_Charita ble_foundation_services_d
ownloaded_Feb_25__2023.pdf ]
Miscellaneous File2 [MIS-1-691226853-202302252 34304871310_._egacy_Chari table_foundation_services
_downloaded_Feb_25__2023.pdf ]

For informational purposes only, applicant's website address is: www.eiblegacy.com
The owner's/holder's proposed attorney information: Stanley Underwood North III. Stanley Underwood North III of Law Firm
of Stanley Underwood North, III LLC, is a member of the New Jersey bar, admitted to the bar in 1988, bar membership no.

02472-1988, is located at
   8 Wind Ridge Drive
   North Caldwell, New Jersey 07006
   United States
   973-454-4239(phone)
   973-771-5319(fax)
   snorth3@yahoo.com
The docket/reference number is Rush Legacy.
Stanley Underwood North III submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
    Stanley Underwood North III

    PRIMARY EMAIL FOR CORRESPONDENCE: snorth3@yahoo.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): info@eiblegacy.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

   - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
   - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
   - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

   - The signatory believes that the applicant is entitled to use the mark in commerce;
   - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
   - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Stanley Underwood North III/   Date: 02/26/2023
Signatory's Name: Stanley Underwood North III
Signatory's Position: Attorney of record
Signatory's Phone Number: 973-454-4239

Signature method: Signed directly within the form

---

Thank you,

The TEAS support team
Sun Feb 26 00:13:57 ET 2023
STAMP: USPTO/FTK-69.122.68.53-20230226001357481040-97812129-
8606d5aab3f333bd871fd82662ac477e699544eb3e42efcd8472ff133dbdbf63996-CC-13568302-20230225234304871310

*ESS was last updated on Thu Mar 2 03:47:22 EST 2023*

| Logout |

Please logout when you are done to release system resources allocated for you.

| Start |  List At:  OR  | Jump |  to record:  **Record 1 out of 27**

---

*( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | **EIB** LEGACY NFT COLLECTION |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable multimedia file containing artwork, text, audio, and video relating to one or more of caricatures, cartoons, parodies, symbols, images or slogans associated with American conservative values authenticated by non-fungible tokens (NFTs). FIRST USE: 20230112. FIRST USE IN COMMERCE: 20230112 |
| | IC 035. US 100 101 102. G & S: Provision of an online marketplace for buyers and sellers of downloadable digital caricatures, cartoons, parodies, symbols, images or slogans associated with American conservative values, authenticated by non-fungible tokens (NFTs). FIRST USE: 20230112. FIRST USE IN COMMERCE: 20230112 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97812103 |
| **Filing Date** | February 25, 2023 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) The Rush Legacy, Inc. CORPORATION DELAWARE , 8 Wind Ridge Drive North Caldwell NEW JERSEY 07006 |
| **Attorney of Record** | Stanley Underwood North III |

**Disclaimer**      NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NFT COLLECTION" APART FROM THE MARK AS SHOWN
**Type of Mark**    TRADEMARK. SERVICE MARK
**Register**        PRINCIPAL
**Live/Dead Indicator**      LIVE

Eibnet.com

# eibnet.com

Updated 2 days ago

## Domain Information

Domain:

eibnet.com

Registrar:

Network Solutions, LLC

Registered On:

1997-06-21

Expires On:

2024-06-20

Updated On:

2022-06-16

Status:

clientTransferProhibited

Name Servers:

ns3.worldnic.com

ns4.worldnic.com

## Registrant Contact

Name:

Scott Schaefer

Organization:

Scott Schaefer

Street:

16623 STATE HIGHWAY 97

City:

HANCOCK

State:

NY

Postal Code:

13783-2725

Country:

US

Phone:

+1.6073301577

Fax:

+1.6076490449

Email:

smschaef@mac.com

## Administrative Contact

Name:
Schaefer, Scott
Organization:
smschaef llc
Street:
16623 STATE HIGHWAY 97 # 621
City:
HANCOCK
State:
NY
Postal Code:
13783-2725
Country:
US
Phone:
+1.6073301577
Fax:
+1.6076970449
Email:
smschaef @mac.com

## Technical Contact

Name:
Schaefer, Scott
Organization:
smschaef llc
Street:
16623 STATE HIGHWAY 97 # 621
City:
HANCOCK
State:
NY
Postal Code:
13783-2725
Country:
US
Phone:
+1.6073301577
Fax:
+1.6076970449
Email:
smschaef @mac.com

## Domain Information

| | |
|---|---|
| Domain: | eibnet.us |
| Registrar: | Network Solutions, LLC |
| Registered On: | 2016-08-17 |
| Expires On: | 2023-08-16 |

# eib.com

Updated 1 second ago

## Domain Information

Domain:

eib.com

Registrar:

Network Solutions, LLC

Registered On:

1997-06-07

Expires On:

2023-06-06

Updated On:

2020-04-09

Status:

clientTransferProhibited

Name Servers:

ns1.machighway.com

ns2.machighway.com

## Registrant Contact

Name:

PERFECT PRIVACY, LLC

Street:

5335 Gate Parkway care of Network Solutions PO Box 459

City:

Jacksonville

State:

FL

Postal Code:

32256

Country:

US

Phone:

+1.5707088622

Email:

yf9r36kt6ux@networksolutionsprivateregistration.com

## Administrative Contact

Name:

PERFECT PRIVACY, LLC

Street:

5335 Gate Parkway care of Network Solutions PO Box 459

City:

Jacksonville

State:

FL

Postal Code:

32256

Country:

US

Phone:

+1.5707088622

Email:

yf9r36kt6ux@networksolutionsprivateregistration.com

## Technical Contact

Name:

PERFECT PRIVACY, LLC

Street:

5335 Gate Parkway care of Network Solutions PO Box 459

City:

Jacksonville

State:

FL

Postal Code:

32256

Country:

US

Phone:

+1.5707088622

Email:

yf9r36kt6ux@networksolutionsprivateregistration.com