AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUSH H. LIMBAUGH III ESTATE,<br>David E. Bowers, Personal Representative<br><br>*Plaintiff(s)*<br>v.<br>THE RUSH LEGACY, INC., a Delaware corporation, SMSCHAEF, LLC, a New York limited liability company, SCOTT SCHAEFER, a citizen of New York, and JOHN DOES I-X<br><br>*Defendant(s)* | Civil Action No. 9:23-cv-80418-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE RUSH LEGACY INC.
By Serving its Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward F. McHale
Andrew D. Lockton
McHALE & SLAVIN, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410
561-625-6575
litigation@mchaleslavin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Mar 16, 2023

s/ N. Wilner
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

RUSH H. LIMBAUGH III ESTATE,
David E. Bowers, Personal Representative

*Plaintiff(s)*

v.

THE RUSH LEGACY, INC., a Delaware corporation, SMSCHAEF, LLC, a New York limited liability company, SCOTT SCHAEFER, a citizen of New York, and JOHN DOES I-X

*Defendant(s)*

Civil Action No. 9:23-cv-80418-RLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Smschaef, LLC
By Serving its Principal:
Scott Schaefer
16623 State Highway 97
Hancock, NY  13783

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edward F. McHale
Andrew D. Lockton
McHALE & SLAVIN, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410
561-625-6575
litigation@mchaleslavin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 16, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Wilner

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RUSH H. LIMBAUGH III ESTATE, David E. Bowers, Personal Representative <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE RUSH LEGACY, INC., a Delaware corporation, SMSCHAEF, LLC, a New York limited liability company, SCOTT SCHAEFER, a citizen of New York, and JOHN DOES I-X <br><br> *Defendant(s)* | Civil Action No. 9:23-cv-80418-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Schaefer, Individually
16623 State Highway 97
Hancock, NY  13783

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward F. McHale
Andrew D. Lockton
McHALE & SLAVIN, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410
561-625-6575
litigation@mchaleslavin.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Mar 16, 2023

SUMMONS

s/ N. Wilner

Deputy Clerk
U.S. District Courts